JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIKE TAITUAVE, Petitioner, v. C. ROJAS, Respondent. | Case No. 2:26-cv-7780-JVS (RAO) JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: August 03, 2026

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE